Jeffrey A. Vinnick (Bar No. 137005)
William E. Ireland (Bar No. 115600)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Plaintiff,
J.P. MORGAN SECURITIES LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC, | Case No. 8:13-cv-00991-AG-RNB |
| Plaintiff, | [Assigned to Judge Andrew J. Guilford] |
| v. | JUDGMENT |
| TIBOR KOMOROCZY, an individual; ALEXANDER GRACE TRADING, LLC; and DOES I-XX, inclusive, | Complaint Filed:  July 1, 2013 |
| Defendants. | |

   WHEREFORE the Court has considered the Stipulation and Order for Entry of Judgment duly executed by and on behalf of the parties and has signed the Order thereon.

   WHEREFORE, Defendants TIBOR KOMOROCZY and ALEXANDER GRACE TRADING, LLC have agreed that Plaintiff J.P. MORGAN SECURITIES LLC may seek and obtain Judgment against each of them.

   WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover jointly and severally from Defendants TIBOR KOMOROCZY and ALEXANDER GRACE TRADING, LLC, the sum of $526,667.04.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

CB16-0000040
9919935.1

1

[Proposed] Judgment and Order for Entry of Judgment

1     IT IS SO ORDERED.

3 Dated: August 29, 2013

                                              Andrew J. Guilford
                                              Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

CB16-0000040
9919935.1

2

[Proposed] Judgment and Order for Entry of Judgment

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
                              ) ss.:
COUNTY OF LOS ANGELES )

*J.P. MORGAN SECURITIES LLC v. TIBOR KOMOROCZY and ALEXANDER GRACE TRADING, LLC*
*Case No. 8:13-cv-00991-AG-RNB*

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California 90071.

      On August __, 2013, I served the within document(s) described as:

[PROPOSED] JUDGMENT

on the interested parties in this action as stated below:

Tibor Komoroczy
2101 Glenneyre Street, Apt. D
Laguna Beach, California 92651

Alexander Grace Trading, LLC
2101 Glenneyre Street, Apt. D
Laguna Beach, California 92651

Alexander Grace Trading, LLC
Tibor Komoroczy, Agent for Service
of Process
27721 Niguel Village Drive
Laguna Niguel. CA 92677

[X]   (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

      Executed on August __, 2013, at Los Angeles, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Criss A. Draper | |
|---|---|
| (Type or print name) | (Signature) |

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

CB16-0000040
9919935.1

3

[Proposed] Judgment and Order for Entry of Judgment